# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Leonard A. Murphy        CHAPTER 13

       Debtor(s)        BKY. NO. 20-10687 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

               Respectfully submitted,
               **/s/ Rebecca A. Solarz Esquire**
               Rebecca A Solarz, Esquire
               Kevin G. McDonald, Esquire
               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               (215) 627-1322