# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Leonard A. Murphy<br>                    Debtor(s)<br><br>M&T Bank, its successors and/or assigns<br>                    Movant<br>          vs.<br><br>Leonard A. Murphy<br>                    Debtor(s)<br><br>William C. Miller Esq.<br>                    Trustee | CHAPTER 13<br><br><br><br><br>NO. 20-10687 ELF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **April 15, 2020, docket number19**.

                              Respectfully submitted,

                              By: **/s/ Rebecca A. Solarz, Esquire**
                                   Rebecca A. Solarz, Esquire
                                   KML Law Group, P.C.
                                   BNY Mellon Independence Center
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA  19106
                                   215-627-1322
                                   Attorney for Movant/Applicant

April 29, 2020