# Payroll Details Report

Dec 01, 2019 - Jan 30, 2020

Link Collections, LLC

| | PAY | HRS | AMT | DEDUCTIONS | AMT | EMPLOYEE-PAID TAXES | AMT | COMPANY-PAID TAXES | AMT |
|---|---|---|---|---|---|---|---|---|---|
| **Murphy, Leonard** Net 01/24/2020 01/18/20 - 01/24/20 | Commission | 0.00 | $265.50 | | | FIT | $0.00 | FUTA | $1.59 |
| | Car Reimbursement | 0.00 | $0.00 | | | SS | $16.46 | SS | $16.46 |
| | | | | | | Med | $3.85 | Med | $3.85 |
| | | | | | | PA PIT | $8.15 | PA SUI | $4.54 |
| | | | | | | PA SUIEE | $0.16 | | |
| **Murphy, Leonard** Net 01/17/2020 01/11/20 - 01/17/20 | Commission | 0.00 | $346.00 | | | FIT | $0.00 | FUTA | $2.08 |
| | Car Reimbursement | 0.00 | $112.00 | | | SS | $21.46 | SS | $21.46 |
| | | | | | | Med | $5.01 | Med | $5.01 |
| | | | | | | PA PIT | $10.62 | PA SUI | $5.93 |
| | | | | | | PA SUIEE | $0.21 | | |
| **Murphy, Leonard** Net 01/10/2020 01/04/20 - 01/10/20 | Commission | 0.00 | $357.00 | | | FIT | $0.00 | FUTA | $2.14 |
| | Car Reimbursement | 0.00 | $122.00 | | | SS | $22.13 | SS | $22.13 |
| | | | | | | Med | $5.18 | Med | $5.18 |
| | | | | | | PA PIT | $10.96 | PA SUI | $6.11 |
| | | | | | | PA SUIEE | $0.21 | | |
| **Murphy, Leonard** Net 12/27/2019 12/21/19 - 12/27/19 | Commission | 0.00 | $369.50 | Leonard Murphy 8455001400 PASCDU | $0.00 | FIT | $0.00 | FUTA | $0.00 |
| | Car Reimbursement | 0.00 | $116.00 | | | SS | $22.91 | SS | $22.91 |
| | | | | | | Med | $5.35 | Med | $5.35 |
| | | | | | | PA PIT | $11.34 | PA SUI | $0.00 |
| | | | | | | PA SUIEE | $0.22 | | |
| **Murphy, Leonard** Net 12/20/2019 12/14/19 - 12/20/19 | Commission | 0.00 | $173.00 | Leonard Murphy 8455001400 PASCDU | $0.00 | FIT | $0.00 | FUTA | $0.00 |
| | Car Reimbursement | 0.00 | $0.00 | | | SS | $10.73 | SS | $10.73 |
| | | | | | | Med | $2.51 | Med | $2.51 |
| | | | | | | PA PIT | $5.31 | PA SUI | $0.00 |
| | | | | | | PA SUIEE | $0.10 | | |
| **Murphy, Leonard** Net 12/13/2019 12/07/19 - 12/13/19 | Commission | 0.00 | $175.00 | Leonard Murphy 8455001400 PASCDU | $80.77 | FIT | $0.00 | FUTA | $0.00 |
| | Car Reimbursement | 0.00 | $62.00 | | | SS | $10.85 | SS | $10.85 |
| | | | | | | Med | $2.54 | Med | $2.54 |
| | | | | | | PA PIT | $5.37 | PA SUI | $0.00 |
| | | | | | | PA SUIEE | $0.11 | | |

## TOTAL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Commission | 0.00 | $1,686.00 | Leonard Murphy 8455001400 PASCDU | $80.77 | FIT | $0.00 | FUTA | $5.81 |
| | Car Reimbursement | 0.00 | $412.00 | | | SS | $104.54 | SS | $104.54 |
| Net $1,835.49 | | | | | | Med | $24.44 | Med | $24.44 |
| | | | | | | PA PIT | $51.75 | PA SUI | $16.58 |
| | | | | | | PA SUIEE | $1.01 | | |

## GRAND TOTAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Net $1,835.49 | | 0.00 | $2,098.00 | $80.77 | | $181.74 | $151.37 |

# Payroll Details Report

**Jan 01 - Jan 30, 2020**                                                                                   Link Collections, LLC

| | PAY | HRS | AMT | DEDUCTIONS | AMT | EMPLOYEE-PAID TAXES | AMT | COMPANY-PAID TAXES | AMT |
|---|---|---|---|---|---|---|---|---|---|
| | Commission | 0.00 | $265.50 | | | FIT | $0.00 | FUTA | $1.59 |
| **Murphy, Leonard**<br>Net<br>01/24/2020<br>01/18/20 - 01/24/20 | Car Reimbursement | 0.00 | $0.00 | | | SS | $16.46 | SS | $16.46 |
| | | | | | | Med | $3.85 | Med | $3.85 |
| | | | | | | PA PIT | $8.15 | PA SUI | $4.54 |
| | | | | | | PA SUIEE | $0.16 | | |
| | Commission | 0.00 | $346.00 | | | FIT | $0.00 | FUTA | $2.08 |
| **Murphy, Leonard**<br>Net<br>01/17/2020<br>01/11/20 - 01/17/20 | Car Reimbursement | 0.00 | $112.00 | | | SS | $21.46 | SS | $21.46 |
| | | | | | | Med | $5.01 | Med | $5.01 |
| | | | | | | PA PIT | $10.62 | PA SUI | $5.93 |
| | | | | | | PA SUIEE | $0.21 | | |
| | Commission | 0.00 | $357.00 | | | FIT | $0.00 | FUTA | $2.14 |
| **Murphy, Leonard**<br>Net<br>01/10/2020<br>01/04/20 - 01/10/20 | Car Reimbursement | 0.00 | $122.00 | | | SS | $22.13 | SS | $22.13 |
| | | | | | | Med | $5.18 | Med | $5.18 |
| | | | | | | PA PIT | $10.96 | PA SUI | $6.11 |
| | | | | | | PA SUIEE | $0.21 | | |

## TOTAL

| | | HRS | AMT | | | | AMT | | AMT |
|---|---|---|---|---|---|---|---|---|---|
| | Commission | 0.00 | $968.50 | | | FIT | $0.00 | FUTA | $5.81 |
| | Car Reimbursement | 0.00 | $234.00 | | | SS | $60.05 | SS | $60.05 |
| **Net $1,098.10** | | | | | | Med | $14.04 | Med | $14.04 |
| | | | | | | PA PIT | $29.73 | PA SUI | $16.58 |
| | | | | | | PA SUIEE | $0.58 | | |

## GRAND TOTAL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Net $1,098.10 | | 0.00 | $1,202.50 | | | | $104.40 | | $96.48 |

**Earnings Statement** — LEONARD MURPHY

Company: 0EM21 - DLC MANAGEMENT INC

Pay Date: 01/03/2020
Period Start: 12/16/2019
Period End: 12/29/2019

900 HADDON AVE STE 333
COLLINGSWOOD, NJ  08108

Emp #: A1K5
Dept: 05 - Lots
Pay Basis: Hourly

### Earnings

| | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 10.00 | 61.25 | 612.50 | 612.50 |
| Vacation | 10.00 | 16.00 | 160.00 | 160.00 |
| Holiday | 10.00 | 8.00 | 80.00 | 80.00 |
| **Gross Pay** | | 85.25 | 852.50 | 852.50 |

### W/H Taxes

| | | Current Period | Year to Date |
|---|---|---|---|
| (S/7) | Federal W/H | 0.00 | 0.00 |
| | Medicare | 12.26 | 12.26 |
| | Social Security | 52.41 | 52.41 |
| (S/0) | Penn. State W/H | 25.95 | 25.95 |
| | 510101, PHILADELPHIA | 33.00 | 33.00 |
| | LST 510101, PHILADELPHIA | 0.00 | 0.00 |
| | Pennsylvania UI/HC/WF | 0.00 | 0.00 |

### Deductions

| | Current Period | Year to Date |
|---|---|---|
| Child Support $ | 161.54 | 161.54 |
| Delta Dental - Employee | 7.11 | 7.11 |
| **Net Pay** | 560.23 | 560.23 |

Voucher No.: 225757376DD

### Net Pay Distribution

| | Current Period | Year to Date | |
|---|---|---|---|
| Direct Deposit Net Check | 560.23 | 560.23 | A/C:0417 |

### Employee Benefits, Allowances, and Other

| | Current Period | Year to Date | YTD Taken | Available |
|---|---|---|---|---|
| Sick 40 Hours Hours | 1.53 | 1.53 | 0.00 | 1.53 |

---

paycom    29:185:14:MC

THE FACE OF THIS DOCUMENT HAS A COLOURED VOID PANTOGRAPH BACKGROUND, HEAT SENSITIVE RED ICON, ARTIFICIAL WATERMARK, AND MICROPRINTING.

39-64/1030    225757376DD

DLC MANAGEMENT INC
900 HADDON AVE STE 333
COLLINGSWOOD, NJ  08108

JPMorgan Chase Bank, N.A.
Oklahoma City, OK

paycom

This is not a check
DATE: 01/03/2020
This is not a check    ***560.23

[18] 0570138

Five Hundred Sixty And 23/100 Dollars

This is not a check

DEPOSIT TO THE ORDER OF
MP

LEONARD MURPHY
6341 CHESTER AVE
PHILADELPHIA, PA   19142

**Direct Deposit Voucher**

**NON-NEGOTIABLE**



THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES

# Earnings Statement

LEONARD MURPHY

Company: 0EM21 - DLC MANAGEMENT INC

Pay Date: 01/09/2020
Period Start: 12/16/2019
Period End: 12/29/2019

900 HADDON AVE STE 333
COLLINGSWOOD, NJ  08108

Emp #: A1K5
Dept: 05 - Lots
Pay Basis: Hourly

### Earnings

| | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 10.00 | 0.00 | 0.00 | 612.50 |
| Vacation | 0.00 | 0.00 | 0.00 | 160.00 |
| Holiday | 0.00 | 0.00 | 0.00 | 80.00 |
| Gross Pay | | 0.00 | 0.00 | 852.50 |

### W/H Taxes

| | | Current Period | Year to Date |
|---|---|---|---|
| (S/7) | Federal W/H | 0.00 | 0.00 |
| | Medicare | 0.10 | 12.36 |
| | Social Security | 0.45 | 52.86 |
| (S/0) | Penn. State W/H | 0.22 | 26.17 |
| | 510101, PHILADELPHIA | 0.00 | 33.00 |
| | LST 510101, PHILADELPHIA | 0.00 | 0.00 |

### Deductions

| | Current Period | Year to Date |
|---|---|---|
| Child Support $ | 0.00 | 161.54 |
| Delta Dental - Employee | -7.11 | 0.00 |
| **Net Pay** | **6.34** | **566.57** |

Voucher No.: 226070111DD

### Net Pay Distribution

| | Current Period | Year to Date | |
|---|---|---|---|
| Direct Deposit Net Check | 6.34 | 566.57 | A/C:0417 |

### Employee Benefits, Allowances, and Other

| | YTD Taken | Available |
|---|---|---|
| Sick 40 Hours Hours | 1.53 | 0.00 | 1.53 |

---

paycom  44:187:10:MC

**THE FACE OF THIS DOCUMENT HAS A COLOURED VOID PANTOGRAPH BACKGROUND, HEAT SENSITIVE RED ICON, ARTIFICIAL WATERMARK, AND MICROPRINTING.**

DLC MANAGEMENT INC
900 HADDON AVE STE 333
COLLINGSWOOD, NJ  08108

39-64/1030

JPMorgan Chase Bank, N.A.
Oklahoma City, OK

**226070111DD**

paycom

This is not a check
DATE: 01/09/2020
This is not a check         ***6.34

Six And 34/100 Dollars

This is not a check

DEPOSIT TO THE ORDER OF
MP

LEONARD MURPHY
6341 CHESTER AVE
PHILADELPHIA, PA  19142

**Direct Deposit Voucher**

**NON-NEGOTIABLE**



THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES.

412

**Earnings Statement**                                                                  LEONARD MURPHY

Company: 0EM21 - DLC MANAGEMENT INC

Pay Date: 01/17/2020
Period Start: 12/30/2019      900 HADDON AVE STE 333                                    Emp #: A1K5
Period End: 01/12/2020        COLLINGSWOOD, NJ  08108                                   Dept: 05 - Lots
                                                                                        Pay Basis: Hourly

### Earnings

|          | Rate  | Hours/Units | Current Period | Year to Date |
|----------|-------|-------------|----------------|--------------|
| Regular  | 10.00 | 76.50       | 765.00         | 1,377.50     |
| Vacation | 0.00  | 0.00        | 0.00           | 160.00       |
| Holiday  | 10.00 | 8.00        | 80.00          | 160.00       |
| Gross Pay |      | 84.50       | 845.00         | 1,697.50     |

### W/H Taxes

|       |                          | Current Period | Year to Date |
|-------|--------------------------|----------------|--------------|
| (S/7) | Federal W/H              | 0.00           | 0.00         |
|       | Medicare                 | 12.25          | 24.61        |
|       | Social Security          | 52.39          | 105.25       |
| (S/0) | Penn. State W/H          | 25.94          | 52.11        |
|       | 510101,PHILADELPHIA      | 32.71          | 65.71        |
|       | LST 510101, PHILADELPHIA | 0.00           | 0.00         |
|       | Pennsylvania UI/HC/WF    | 0.00           | 0.00         |

### Deductions

|                 | Current Period | Year to Date |
|-----------------|----------------|--------------|
| Child Support $ | 161.54         | 323.08       |
| **Net Pay**     | 560.17         | 1,126.74     |

Voucher No.: 227919995DD

### Net Pay Distribution

| Direct Deposit Net Check | 560.17 | 1,126.74 A/C:0417 |

### Employee Benefits, Allowances, and Other

|                    | Current | YTD  | YTD Taken | Available |
|--------------------|---------|------|-----------|-----------|
| Sick 40 Hours Hours| 1.91    | 3.44 | 0.00      | 3.44      |

---

33:182:12:MC

                                                                  39-64/1030              227919995DD

DLC MANAGEMENT INC                    JPMorgan Chase Bank, N.A.
900 HADDON AVE STE 333                Oklahoma City, OK                                    🄿 paycom
COLLINGSWOOD, NJ  08108
                                      This is not a check
[18] 0570138                                 DATE: 01/17/2020

                                      This is not a check                      ***560.17

Five Hundred Sixty And 17/100 Dollars
                                      This is not a check

DEPOSIT    LEONARD MURPHY                                         **Direct Deposit Voucher**
TO THE     6341 CHESTER AVE
ORDER      PHILADELPHIA, PA   19142                               **NON-NEGOTIABLE**
OF



**Earnings Statement**  418

LEONARD MURPHY

Company: 0EM21 - DLC MANAGEMENT INC

Pay Date: 01/31/2020
Period Start: 01/13/2020
Period End: 01/26/2020

900 HADDON AVE STE 333
COLLINGSWOOD, NJ 08108

Emp #: A1K5
Dept: 05 - Lots
Pay Basis: Hourly

### Earnings

| | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 10.00 | 68.50 | 685.00 | 2,062.50 |
| Overtime | 15.00 | 6.00 | 90.00 | 90.00 |
| Vacation | 0.00 | 0.00 | 0.00 | 160.00 |
| Holiday | 10.00 | 8.00 | 80.00 | 240.00 |
| **Gross Pay** | | 82.50 | 855.00 | 2,552.50 |

### W/H Taxes

| | | Current Period | Year to Date |
|---|---|---|---|
| (S/7) Federal W/H | | 0.00 | 0.00 |
| Medicare | | 12.40 | 37.01 |
| Social Security | | 53.01 | 158.26 |
| (S/0) Penn. State W/H | | 26.25 | 78.36 |
| 510101,PHILADELPHIA | | 33.10 | 98.81 |
| Pennsylvania UI/HC/WF | | 0.51 | 0.51 |

### Deductions

| | Current Period | Year to Date |
|---|---|---|
| Child Support $ | 161.54 | 484.62 |
| **Net Pay** | 568.19 | 1,694.93 |

Voucher No.: 230062336DD

### Net Pay Distribution

| | Current Period | Year to Date |
|---|---|---|
| Direct Deposit Net Check | 568.19 | 1,694.93 A/C:0417 |

---



paycom  46:184:10:MC

DLC MANAGEMENT INC
900 HADDON AVE STE 333
COLLINGSWOOD, NJ  08108

[18] 0570138

39-64/1030

JPMorgan Chase Bank, N.A.
Oklahoma City, OK

**This is not a check**
DATE: 01/31/2020
**This is not a check**

**This is not a check**

230062336DD

paycom

***568.19

**Five Hundred Sixty-Eight And 19/100 Dollars**

DEPOSIT TO THE ORDER OF

LEONARD MURPHY
6341 CHESTER AVE
PHILADELPHIA, PA   19142

**Direct Deposit Voucher**

**NON-NEGOTIABLE**

