# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                  Chapter 13

                                  Bankruptcy No. 20-10687-ELF

LEONARD A. MURPHY

6341 CHESTER AVENUE

PHILADELPHIA, PA 19143-

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LEONARD A. MURPHY

    6341 CHESTER AVENUE

    PHILADELPHIA, PA 19143-

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

Date: 6/16/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee