## AFFIDAVIT REGARDING PAYMENT ADVICES

RE:   Leonard Murphy
      Bankruptcy No. 20-10687

I hereby state that the only income I receive is approximately $100.00 per day delivering pizza for Pete's Pizza. I work 5 days per week.

To the best of my knowledge, the information shown above is true and correct.

_____
Leonard Murphy

_____
Date