# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-10687-ELF

    LEONARD A. MURPHY

    6341 CHESTER AVENUE

    PHILADELPHIA, PA 19143-

        Debtor

## <u>CERTIFICATE OF SERVICE</u>

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    LEONARD A. MURPHY

    6341 CHESTER AVENUE

    PHILADELPHIA, PA 19143-

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                /S/ Kenneth E. West

Date: 6/28/2022              _____

                Kenneth E. West, Esquire
                Chapter 13 Standing Trustee