# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       LEONARD MURPHY     :     CHAPTER 13
:
:
          DEBTOR                 :     BANKRUPTCY No. 20-10687

## CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, Zachary Perlick, Esquire, hereby certify that I have not received a responsive pleading nor any objection to Debtor's Motion to Abate and Amend Plan Post-Confirmation, I respectfully request that the court enter the Order accompanying said application.

BY:     /Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
(215) 569-2922