United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Leonard A. Murphy  
    Debtor

Case No. 20-10687-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin        Page 1 of 3  
Date Rcvd: Nov 22, 2022        Form ID: pdf900        Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leonard A. Murphy, 6341 Chester Avenue, Philadelphia, PA 19142-1421 |
| 14465536 | | Convergent, 800 SW 39th St., Pacific, WA 98047 |
| 14461999 | + | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14462001 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14465403 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 23 2022 00:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2022 00:14:50 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2022 00:05:00 | Quantum3Group LLC as agent for Velocity Investment, P.O. Box 788, Kirkland, WA 98083-0788 |
| 14461991 | + | Email/Text: bankruptcynotices@aarons.com | Nov 23 2022 00:05:00 | Aaron Sales & Lease Ownership, 1015 Cobb Place Blvd., Kennesaw, GA 30144-3672 |
| 14461992 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 23 2022 00:05:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14461993 | | Email/Text: megan.harper@phila.gov | Nov 23 2022 00:05:00 | City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 14524401 | | Email/Text: megan.harper@phila.gov | Nov 23 2022 00:05:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14522468 | | Email/Text: megan.harper@phila.gov | Nov 23 2022 00:05:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14461994 | + | Email/Text: documentfiling@lciinc.com | Nov 23 2022 00:05:00 | Comcast, Comcast Center, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 14465537 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2022 00:14:39 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14461995 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 23 2022 00:14:50 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 14465539 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

Case 20-10687-elf    Doc 89    Filed 11/24/22    Entered 11/25/22 00:34:49    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2022 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 23 2022 00:05:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14461996 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2022 00:14:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14461997 | | Email/Text: camanagement@mtb.com | Nov 23 2022 00:05:00 | M&T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 14493500 | | Email/Text: camanagement@mtb.com | Nov 23 2022 00:05:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14468581 | ^ | MEBN | Nov 23 2022 00:00:56 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14461998 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2022 00:05:00 | Midland Funding, P.O. Box 2011, Warren, MI 48090-2011 |
| 14462000 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2022 00:05:00 | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14619941 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2022 00:14:45 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14466485 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2022 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14462002 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 23 2022 00:05:00 | Premier Bankcard, LLC, c/o Jefferson Capital Systems, LLC, POB 7999, Saint Cloud, MN 56302-7999 |
| 14487599 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2022 00:05:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14489192 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 23 2022 00:05:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14462003 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 23 2022 00:14:39 | U.S. Department of Housing & Urban Devel, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14465548 | | Email/Text: megan.harper@phila.gov | Nov 23 2022 00:05:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14465532 | *+ | Aaron Sales & Lease Ownership, 1015 Cobb Place Blvd., Kennesaw, GA 30144-3672 |
| 14465533 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14465534 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 14465535 | *+ | Comcast, Comcast Center, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 14465538 | *+ | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 14465540 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14465541 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 14469123 | *+ | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14465542 | *+ | Midland Funding, P.O. Box 2011, Warren, MI 48090-2011 |
| 14465543 | *+ | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14465544 | * | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14465545 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14465546 | *+ | Premier Bankcard, LLC, c/o Jefferson Capital Systems, LLC, POB 7999, Saint Cloud, MN 56302-7999 |
| 14465547 | *+ | U.S. Department of Housing & Urban Devel, 451 7th Street S.W., Washington, DC 20410-0002 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 22, 2022 | Form ID: pdf900 | Total Noticed: 30 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Leonard A. Murphy Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :         Chapter 13
    LEONARD A. MURPHY,                      :
        Debtor                              :         Bky. No.  20-10687 ELF

# O R D E R

AND NOW, upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. # 82 ) is **APPROVED**.

Date: November 22, 2022

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE