**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | LEONARD MURPHY | : | Chapter 13 |
| | | : | |
| | | : | |
| | **Debtor** | : | Bky. No. 20-10687 ELF |

# O R D E R

**AND NOW**, upon consideration of the Application for Supplemental Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

The Application is **GRANTED.**

Compensation is **ALLOWED** in favor of the Applicant in the amount of **$500.00**.

The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b).

Date:   11/25/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**