UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
LEONARD A. MURPHY

Chapter 13

Debtor

Bankruptcy No. 20-10687-amc

# ORDER

  **AND NOW**, this __26th__ day of __September__, 202_3_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

  **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____  
Honorable Ashely M. Chan  
Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
ZACHARY PERLICK, ESQ.  
1420 WALNUT ST  
SUITE 718  
PHILADELPHIA, PA 19102-

Debtor:  
LEONARD A. MURPHY

6341 CHESTER AVENUE

PHILADELPHIA, PA 19143-