United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10687-amc |
| Leonard A. Murphy | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 26, 2023 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leonard A. Murphy, 6341 Chester Avenue, Philadelphia, PA 19142-1421 |
| 14465536 | | Convergent, 800 SW 39th St., Pacific, WA 98047 |
| 14462001 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14465403 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 27 2023 06:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2023 06:40:44 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2023 06:27:00 | Quantum3Group LLC as agent for Velocity Investment, P.O. Box 788, Kirkland, WA 98083-0788 |
| 14461991 | + | Email/Text: bankruptcynotices@aarons.com | Sep 27 2023 06:27:00 | Aaron Sales & Lease Ownership, 1015 Cobb Place Blvd., Kennesaw, GA 30144-3672 |
| 14461992 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 27 2023 06:26:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14461993 | | Email/Text: megan.harper@phila.gov | Sep 27 2023 06:27:00 | City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 14524401 | | Email/Text: megan.harper@phila.gov | Sep 27 2023 06:27:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14522468 | | Email/Text: megan.harper@phila.gov | Sep 27 2023 06:27:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14461994 | + | Email/Text: documentfiling@lciinc.com | Sep 27 2023 06:26:00 | Comcast, Comcast Center, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 14465537 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2023 06:40:23 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14461995 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 27 2023 06:29:20 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 14465539 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 27 2023 06:27:00 | Internal Revenue Service, Centralized Insolvency |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14461996 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2023 06:29:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14461997 | | Email/Text: camanagement@mtb.com | Sep 27 2023 06:27:00 | M&T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 14493500 | | Email/Text: camanagement@mtb.com | Sep 27 2023 06:27:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14468581 | ^ | MEBN | Sep 27 2023 06:21:34 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14461998 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2023 06:27:00 | Midland Funding, P.O. Box 2011, Warren, MI 48090-2011 |
| 14461999 | ^ | MEBN | Sep 27 2023 06:21:26 | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14462000 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2023 06:27:00 | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14619941 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2023 06:40:24 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14466485 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2023 06:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14462002 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 27 2023 06:27:00 | Premier Bankcard, LLC, c/o Jefferson Capital Systems, LLC, POB 7999, Saint Cloud, MN 56302-7999 |
| 14487599 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2023 06:27:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14489192 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 27 2023 06:26:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14462003 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 27 2023 06:40:44 | U.S. Department of Housing & Urban Devel, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14465548 | | Email/Text: megan.harper@phila.gov | Sep 27 2023 06:27:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14465532 | *+ | Aaron Sales & Lease Ownership, 1015 Cobb Place Blvd., Kennesaw, GA 30144-3672 |
| 14465533 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14465534 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 14465535 | *+ | Comcast, Comcast Center, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 14465538 | *+ | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 14465540 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14465541 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 14469123 | *+ | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14465542 | *+ | Midland Funding, P.O. Box 2011, Warren, MI 48090-2011 |
| 14465543 | *+ | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14465544 | * | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14465545 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |

| | | | |
|---|---|---|---|
| 14465546 | *+ | | Premier Bankcard, LLC, c/o Jefferson Capital Systems, LLC, POB 7999, Saint Cloud, MN 56302-7999 |
| 14465547 | *+ | | U.S. Department of Housing & Urban Devel, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2023             Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:**

**Name**            **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
on behalf of Debtor Leonard A. Murphy Perlick@verizon.net
pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | Chapter 13 |
| LEONARD A. MURPHY | | |
| Debtor | | Bankruptcy No. 20-10687-amc |

# ORDER

    **AND NOW**, this \_\_26th\_\_ day of \_\_September\_\_, 202_3_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-


Debtor:
LEONARD A. MURPHY

6341 CHESTER AVENUE

PHILADELPHIA, PA 19143-